UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    16-06192 |
| Daniel & Anna Kamide | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| | ) | |
| Debtor(s) | ) | |

**Order Dismissing Case**

It Is Herby Ordered:

The case is dismissed.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  July 08, 2016

**Prepared by:**

Glenn Stearns, Trustee
801 Warrenville Rd., Suite 650
Lisle, IL 60532